UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| JOSE RICARDO RAMIREZ, | : | VIOLATIONS: |
| also known as William Edgardo | : | 18 U.S.C. § 1542 |
| Quintana Torres, William E. Quintana, | : | (Passport Fraud) |
| William Torres, and William | : | 18 U.S.C. § 1546 |
| Quintana Torres, | : | (Fraud and Misuse of Visas, Permits, and |
| Defendant. | : | Other Documents) |
| | : | 18 U.S.C. § 1028(a)(4) |
| | : | (False Identification Documents) |
| | : | 18 U.S.C. § 911 |
| | : | (Falsely Claiming United States |
| | : | Citizenship) |
| | : | 18 U.S.C. § 1028A(a)(1) |
| | : | (Aggravated Identity Theft) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about January 12, 2007, within the District of Columbia, **JOSE RICARDO RAMIREZ**, also known as William Edgardo Quintana Torres, William E. Quintana, William Torres, and William Quintana Torres, willfully and knowingly made false statements in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such

passports and the rules prescribed pursuant to such laws, in that in such application, the defendant used a false name, false date of birth, false place of birth, and false parental information, which statements he knew to be false.

(**Passport Fraud**, in violation of Title 18, United States Code, Section 1542)

### COUNT TWO

The allegations contained in Count One of this Indictment are hereby realleged and incorporated as if set forth herein.

On or about January 12, 2007, within the District of Columbia, defendant **JOSE RICARDO RAMIREZ**, also known as William Edgardo Quintana Torres, William E. Quintana, William Torres, and William Quintana Torres, personated another or evaded or attempted to evade the immigration laws by appearing under an assumed or fictitious name without disclosing his true identity, when applying for an immigrant or non-immigrant visa, permit, or other document required for entry into the United States, or, alternatively,

On or about January 12, 2007, within the District of Columbia, defendant **JOSE RICARDO RAMIREZ**, also known as William Edgardo Quintana Torres, William E. Quintana, William Torres, and William Quintana Torres, knowingly made under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribed as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presented any such application, affidavit, or other document which contained any such false statement or which failed

to contain any reasonable basis in law or fact, such false statements in an application for a passport being a false name, false social security number, false date of birth, false place of birth, and false parental information.

    (**Fraud and Misuse of Visas, Permits, and Other Documents**, in violation of Title 18, United States Code, Section 1546(a))

## COUNT THREE

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated as if set forth herein.

On or about January 12, 2007, within the District of Columbia, defendant **JOSE RICARDO RAMIREZ**, also known as William Edgardo Quintana Torres, William E. Quintana, William Torres, and William Quintana Torres, did knowingly possess an identification document with an authentication feature, or a false identification document, that was not lawfully issued to him, with the intent to use such document or feature to defraud the United States.

    (**False Identification Documents**, in violation of Title 18, United States Code, Section 1028(a)(4))

## COUNT FOUR

The allegations contained in Counts One, Two and Three of this Indictment are hereby realleged and incorporated as if set forth herein.

On or about January 12, 2007, within the District of Columbia, **JOSE RICARDO RAMIREZ**, also known as William Edgardo Quintana Torres, William E. Quintana, William Torres, and William Quintana Torres, did falsely and willfully represent to an officer of the U.S.

Postal Service and the Washington Passport Authority, that he is a citizen of the United States, while knowing that he is a citizen of El Salvador.

(**Falsely Claiming United States Citizenship**, in violation of Title 18, United States Code, Section 911)

## COUNT FIVE

The allegations contained in Counts One, Two, Three and Four of this Indictment are hereby realleged and incorporated as if set forth herein.

On or about January 12, 2007, within the District of Columbia, defendant **JOSE RICARDO RAMIREZ**, also known as William Edgardo Quintana Torres, William E. Quintana, William Torres, and William Quintana Torres, did knowingly transfer, possess and use, without lawful authority, a means of identification of another person during and in relation to a felony offense relating to passport fraud, as specified in Count One of this indictment; fraud and misuse of visas, permits and other documents, as specified in Count Two of this indictment; false identification documents, as specified in Count Three of this indictment; and falsely claiming United States Citizenship, as specified in Count Four of this indictment, and such means of identification consisted of a false social security number with the following social security number that is fully known by the Grand Jury and identified herein by the last four digits, "9903;" a false name; and a false date of birth, or, alternatively,

On or about January 12, 2007, within the District of Columbia, defendant **JOSE RICARDO RAMIREZ**, also known as William Edgardo Quintana Torres, William E. Quintana, William Torres, and William Quintana Torres, did knowingly transfer, possess and use, without lawful authority, a means of identification of another person during and in relation to a felony offense

relating to passport fraud, as specified in Count One of this indictment; fraud and misuse of visas, permits and other documents, as specified in Count Two of this indictment; false identification documents, as specified in Count Three of this indictment, and such means of identification consisted of a forged, counterfeited, altered, and falsely made Washington, D.C., driver's license, containing the name of a real person.

    **(Aggravated Identity Theft**, in violation of Title 18, United States Code, Section 1028A(a)(1)**)**

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia.