# UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk
301-344-0660

August 22, 2008

Reply to Southern Division Address
6500 Cherrywood Lane
Greenbelt, MD 20770

Clerk's Office
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

08-cr-236 (RMC)

**FILED**

AUG 2 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re: Our No.08-2657WC
Your No. 1:08-cr-236-RMC
United States of America v Jose Ricardo Ramirez

Dear Clerk:

Enclosed please find the following documents:

1. Copy of Indictment
2. Criminal Minutes
3. Order Appointing Public Defender
4. Waiver of Rule 5
5. Order of Detention by Agreement
6. Commitment to Another District

Please acknowledge receipt and return to the undersigned.

If you should have any questions, please do not hesitate to contact the undersigned at 301-344-3123.

Sincerely,

Patricia K. Fosbrook
Deputy Clerk

enc.    Received on _____ by_____

# U.S. District Court
## District of Maryland (Greenbelt)
### CRIMINAL DOCKET FOR CASE #: 8:08-mj-02657-WGC All Defendants
### Internal Use Only

Case title: USA v. Ramirez                    Date Filed: 08/21/2008

Assigned to: Magistrate Judge William
Connelly

**Defendant (1)**

**Jose Ricardo Ramirez**                represented by  **Andrew F Carter, Jr**
*also known as*                                          Office of the Federal Public Defender
William Edgardo Quintan Torres                           6411 Ivy Ln Ste 710
*also known as*                                          Greenbelt, MD 20770
William E. Quintana                                      13013440600
*also known as*                                          Fax: 13013440019
William Torres                                           Email: drew_carter@fd.org
*also known as*                                          *LEAD ATTORNEY*
William Quintana Torres                                  *ATTORNEY TO BE NOTICED*
                                                         *Designation: Public Defender or*
                                                         *Community Defender Appointment*

**Pending Counts**                      **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                   **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                          **Disposition**

None

**Plaintiff**

**USA**                          represented by  **Emily N Glatfelter**
United States Attorneys Office
6500 Cherrywood Ln Ste 400
Greenbelt, MD 20770
13013444433
Fax: 13013444516
Email: Emily.Glatfelter@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/21/2008 | 1 | Rule 5(c)(3) Documents Received from the UnitedStates District Court for the District of Columbia as to Jose Ricardo Ramirez (pkf, Deputy Clerk) (Entered: 08/21/2008) |
| 08/21/2008 | 2 | Initial Appearance as to Jose Ricardo Ramirez (Defendant informed of Rights.) held on 8/21/2008 before Magistrate Judge William Connelly. (Fosbrook 3-B.) (pkf, Deputy Clerk) (Entered: 08/22/2008) |
| 08/21/2008 | 3 | Financial Affidavit by Jose Ricardo Ramirez (pkf, Deputy Clerk) (Entered: 08/22/2008) |
| 08/21/2008 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Jose Ricardo Ramirez. Signed by Magistrate Judge William Connelly on 8/21/08. (pkf, Deputy Clerk) (Entered: 08/22/2008) |
| 08/21/2008 | 5 | WAIVER of Rule 5(c)(3) Hearing by Jose Ricardo Ramirez (pkf, Deputy Clerk) (Entered: 08/22/2008) |
| 08/21/2008 | 6 | ORDER OF DETENTION BY AGREEMENT as to Jose Ricardo Ramirez. Signed by Magistrate Judge William Connelly on 8/21/08. (pkf, Deputy Clerk) (Entered: 08/22/2008) |
| 08/21/2008 | 7 | COMMITMENT TO ANOTHER DISTRICT as to Jose Ricardo Ramirez. Defendant committed to District of Columbia.. Signed by Magistrate Judge William Connelly on 8/21/08. (pkf, Deputy Clerk) (Entered: 08/22/2008) |
| 08/21/2008 | | Attorney update in case as to Jose Ricardo Ramirez. Attorney Andrew F Carter added. (pkf, Deputy Clerk) (Entered: 08/22/2008) |
| 08/22/2008 | 8 | Correspondence re: Rule 5 Letter forwarding pleadings to the United States District Court of the District of Columbia (pkf, Deputy Clerk) (Entered: 08/22/2008) |

# MAGISTRATE JUDGE CRIMINAL MINUTES

DATE: __August 21, 2008__    JUDGE: __William Connelly__    CTRM: 3-B__

TIME: __3:00 p.m.__    INTERPRETER __Sonya Simek__

AUSA: __Stacy Belf__    DFDT ATTY: __Andrew Carter__

UNITED STATES OF AMERICA v. __JOSE RICARDO RAMIREZ__

**CASE NO. 08-2657 WC**    NO. OF COUNTS: _____

DFDT'S AGE: _____    DATE OF BIRTH: _____

| | |
|---|---|
| ☒ **Initial Appearance** | ☐ Defendant to Retain Counsel |
| ☐ Arraignment | ☐ Violation Notice |
| ☐ Rule 5(c)(3) Hearing | ☐ Indictment |
| ☐ Sentencing | ☐ Superseding Indictment |
| ☐ Bail Review/Revocation Hearing | ☐ Information |
| ☐ Violation of Probation | ☐ Complaint |
| ☐ Violation of Supervised Release | ☐ Preliminary Hearing:_____ |
| ☐ Detention Hearing | ☐ Preliminary Hearing WAIVED |
| ☐ Defendant Requested Speedy/Jury Trial | ☐ Waived reading of indictment/superseding indictment |

Defendant arraigned and plead "NOT GUILTY" as to Count(s) _____

☒ **Defendant advised of rights to silence and counsel**

☐ Defendant temporarily detained pending detention hearing on_____

☒ **Defendant detained by agreement**

☒ Defendant ordered detained after detention hearing

☒ **FPD / CJA appointed as counsel / Contribution Order**

☒ **Waiver of Rule 5(c)(3) Hearings**

☒ **Commitment To Another District**

☐ Order Setting Conditions of Release w/conditions

☐ Medical Order for Treatment of Detainee entered

☐ Counsel advised to call or go to chambers for dates / given dates in court

☐ Cases Unsealed

Remarks _____

____ Days for Motions. Motions to be filed by _____

☐ Trial-Bench/Jury _____ day(s) / week(s). Trial week of _____

☒ **Pre-trial** /Probation Officer__ Not Present__

☐ Come-Up to U.S. Marshal

☒ Minute entries docketed.    Deputy Clerk _Patricia K. Fosbrook_

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

UNITED STATES OF AMERICA                    *

v.                                          *

Jose Ramirez                                *      CASE NO. 08-2657 UC

                                            *

_____     *
         Defendant(s)

                                    * * * *

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER AS COUNSEL

After appropriate inquiry, the above-named defendant has been found by the court to be financially unable to obtain counsel and to be entitled to the appointment of counsel under the Criminal Justice Act of 1964, as amended.  Accordingly, it is

ORDERED that the Federal Public Defender for the District of Maryland be and is hereby appointed to represent the defendant in all further proceedings before this court; and it is further

ORDERED that if after the appointment of counsel as ordered herein, the defendant is financially able to retain counsel or to contribute toward the payment of counsel fees, the court may terminate the appointment of counsel or authorize payments from the defendant as provided by the provisions of  the Criminal Justice Act, 18 U.S.C. § 3006A, subject to the verification and determination of defendant's financial resources by the court, including appropriate investigation by the U.S. Probation Office, all pending further order of the court.

Dated: 8/21/08

_____
U.S. MAGISTRATE JUDGE

cc:    Office of Federal Public Defender          Hearing/Trial Date:_____
          Greenbelt, MD  (301-344-0600)          Time:_____ a.m./p.m.
          Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

UNITED STATES OF AMERICA     *

         vs.           *

JOSE RICARDO RAMIREZ     *        Case No.    08-2657 WC

               *******

## WAIVER OF RULE 5(c)(3) HEARINGS
### (Formerly Rule 40 Hearings)

    I understand that in the United States District Court for the  District of Columbia   , charges are pending alleging violation of 18 U.S.C. 1542; Passport Fraud; 18 U.S.C. Sec. 1546 Fraud and Misuse of Visas, Permits, and Other Documents; 18 U.S.C. Sec. 1028(a)(4) False Identification Documents; 18 U.S.C. Sec. 911 Falsely Claiming United States Citizenship; 18 U.S.C. Sec. 1028A(a) (1) Aggravated Identity Theft   and that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of the charge and of my right to:

      1. retain counsel or request the appointment of counsel if I am unable to retain counsel;
      2. an identity hearing to determine if I am the person named in the charge; ( waive # 2 )

***check one only***

**[ ]**     **ALL CASES EXCEPT PROBATION AND SUPERVISED RELEASE CASES**

      3. a    preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution; and
      4. request    transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty.

**[ ]**     **PROBATION OR SUPERVISED RELEASE CASES**

      3. a    preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release; and
      4. a    hearing under Rule 46(d), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release.

I HEREBY WAIVE MY RIGHT TO:

      ☒ an identity hearing
      ☐ a preliminary hearing
      ☒ an identity hearing and have been informed I have no right to a preliminary hearing
      ☒ an identity hearing but request a preliminary hearing be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

                          _____
                          Defendant

  August 21, 2008             _____
  Date                              Defense Counsel

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA      *

       **vs.**        *        **Case No.**    **08-2657WC**

JOSE RICARDO RAMIREZ      *

                *******

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by

__Andrew Carter_____, and the Government was

represented by Assistant United States Attorney __Stacy Belf_____, it is

     **ORDERED,** this __21st____ day of __August_____ __2008___, that the above-

named defendant be, and the same hereby is, DETAINED by agreement of the parties without

prejudice to either side requesting a prompt hearing to set appropriate conditions of release or

otherwise address the detention of the defendant.

                               WILLIAM CONNELLY
                               UNITED STATES MAGISTRATE JUDGE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA            *

vs.            *            Case No.   08-2657WC

JOSE RICARDO RAMIREZ            *

*******

### ORDER OF COMMITMENT TO ANOTHER DISTRICT

DOCKET NUMBER:
  District of arrest:
  District of offense: **1:08-cr-00236-RMC**

MAGISTRATE JUDGE CASE NUMBER:
  District of arrest: **08-2657 WC**
  District of offense:

CHARGES AGAINST THE DEFENDANT ARE BASED UPON A/AN:
  ☒ **Indictment**    ☐ Information    ☐ Complaint    ☐ Other (specify)

charging a violation **of 18 U.S.C. § 1542; 18 U.S.C. § 1546; 18 U.S.C. §1028(a) (4); 18 U.S.C. §911; 18 U.S.C. §1028(a) (1)**

DISTRICT OF OFFENSE: **United States District Court for the District of Columbia**

DESCRIPTION OF CHARGES: **Passport Fraud;  Fraud and Misuse of Visas, Permits and other Documents; False Identification Documents; Falsely Claiming United States Citizenship, Aggravated Identity Theft**

CURRENT BOND STATUS:

  ☐ Bail fixed at $_____ and conditions were not met
  ☐ Government moved for detention and defendant detained after hearing in District of Arrest
  ☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
  ☐ Other (specify)

REPRESENTATION:

  ☐ Retained Own Counsel  ☒ Federal Defender Organization  ☐ CJA Attorney  ☐ None
Interpreter Required?    ☒ Yes  Language: _Spanish_____    ☐ No

**DISTRICT OF   MARYLAND**

TO THE UNITED STATES MARSHAL:

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.


_____

WILLIAM CONNELLY
UNITED STATES MAGISTRATE JUDGE

This commitment was received and executed as follows:


_____          _____

Date Commitment Order Received                    Place of Commitment


_____

Date Defendant Committed



                                                           UNITED STATES MARSHAL


_____          _____

Date                                                              By:  Deputy Marshal

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on November 15, 2007**

08-2657 UC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **JOSE RICARDO RAMIREZ,** | : | **VIOLATIONS:** |
| also known as William Edgardo | : | **18 U.S.C. § 1542** |
| Quintana Torres, William E. Quintana, | : | **(Passport Fraud)** |
| William Torres, and William | : | **18 U.S.C. § 1546** |
| Quintana Torres, | : | **(Fraud and Misuse of Visas, Permits, and** |
| Defendant. | : | **Other Documents)** |
| | : | **18 U.S.C. § 1028(a)(4)** |
| | : | **(False Identification Documents)** |
| | : | **18 U.S.C. § 911** |
| | : | **(Falsely Claiming United States** |
| | : | **Citizenship)** |
| | : | **18 U.S.C. § 1028A(a)(1)** |
| | : | **(Aggravated Identity Theft)** |

## I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

On or about January 12, 2007, within the District of Columbia, **JOSE RICARDO RAMIREZ**, also known as William Edgardo Quintana Torres, William E. Quintana, William Torres, and William Quintana Torres, willfully and knowingly made false statements in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such

passports and the rules prescribed pursuant to such laws, in that in such application, the defendant used a false name, false date of birth, false place of birth, and false parental information, which statements he knew to be false.

(**Passport Fraud**, in violation of Title 18, United States Code, Section 1542)

## COUNT TWO

The allegations contained in Count One of this Indictment are hereby realleged and incorporated as if set forth herein.

On or about January 12, 2007, within the District of Columbia, defendant **JOSE RICARDO RAMIREZ**, also known as William Edgardo Quintana Torres, William E. Quintana, William Torres, and William Quintana Torres, personated another or evaded or attempted to evade the immigration laws by appearing under an assumed or fictitious name without disclosing his true identity, when applying for an immigrant or non-immigrant visa, permit, or other document required for entry into the United States, or, alternatively,

On or about January 12, 2007, within the District of Columbia, defendant **JOSE RICARDO RAMIREZ**, also known as William Edgardo Quintana Torres, William E. Quintana, William Torres, and William Quintana Torres, knowingly made under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribed as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presented any such application, affidavit, or other document which contained any such false statement or which failed

to contain any reasonable basis in law or fact, such false statements in an application for a passport

being a false name, false social security number, false date of birth, false place of birth, and false

parental information.

> **(Fraud and Misuse of Visas, Permits, and Other Documents**, in violation of Title 18, United States Code, Section 1546(a))

## COUNT THREE

The allegations contained in Counts One and Two of this Indictment are hereby realleged and

incorporated as if set forth herein.

On or about January 12, 2007, within the District of Columbia, defendant **JOSE RICARDO**

**RAMIREZ**, also known as William Edgardo Quintana Torres, William E. Quintana, William

Torres, and William Quintana Torres, did knowingly possess an identification document with an

authentication feature, or a false identification document, that was not lawfully issued to him, with

the intent to use such document or feature to defraud the United States.

> **(False Identification Documents**, in violation of Title 18, United States Code, Section 1028(a)(4))

## COUNT FOUR

The allegations contained in Counts One, Two and Three of this Indictment are hereby

realleged and incorporated as if set forth herein.

On or about January 12, 2007, within the District of Columbia, **JOSE RICARDO**

**RAMIREZ**, also known as William Edgardo Quintana Torres, William E. Quintana, William

Torres, and William Quintana Torres, did falsely and willfully represent to an officer of the U.S.

3

Postal Service and the Washington Passport Authority, that he is a citizen of the United States, while knowing that he is a citizen of El Salvador.

> (**Falsely Claiming United States Citizenship**, in violation of Title 18, United States Code, Section 911)

## COUNT FIVE

The allegations contained in Counts One, Two, Three and Four of this Indictment are hereby realleged and incorporated as if set forth herein.

On or about January 12, 2007, within the District of Columbia, defendant **JOSE RICARDO RAMIREZ**, also known as William Edgardo Quintana Torres, William E. Quintana, William Torres, and William Quintana Torres, did knowingly transfer, possess and use, without lawful authority, a means of identification of another person during and in relation to a felony offense relating to passport fraud, as specified in Count One of this indictment; fraud and misuse of visas, permits and other documents, as specified in Count Two of this indictment; false identification documents, as specified in Count Three of this indictment; and falsely claiming United States Citizenship, as specified in Count Four of this indictment, and such means of identification consisted of a false social security number with the following social security number that is fully known by the Grand Jury and identified herein by the last four digits, "9903;" a false name; and a false date of birth, or, alternatively,

On or about January 12, 2007, within the District of Columbia, defendant **JOSE RICARDO RAMIREZ**, also known as William Edgardo Quintana Torres, William E. Quintana, William Torres, and William Quintana Torres, did knowingly transfer, possess and use, without lawful authority, a means of identification of another person during and in relation to a felony offense

4

relating to passport fraud, as specified in Count One of this indictment; fraud and misuse of visas, permits and other documents, as specified in Count Two of this indictment; false identification documents, as specified in Count Three of this indictment, and such means of identification consisted of a forged, counterfeited, altered, and falsely made Washington, D.C., driver's license, containing the name of a real person.

    **(Aggravated Identity Theft**, in violation of Title 18, United States Code, Section 1028A(a)(1))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.

5