# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: CR-08-236   MAGIS. NO: |
| v.<br><br>JOSE RICARDO RAMIREZ | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>JOSE RICARDO RAMIREZ |
| DOB:     PDID: | |
| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | DISTRICT OF ARREST: 29472-016 |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

FILED
AUG 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

PASSPORT FRAUD
FRAUD AND MISUSE OF VISAS, PERMITS, AND OTHER DOCUMENTS
FALSE IDENTIFICATION OF DOCUMENTS
FALSELY CLAIMING UNITED STATES CITIZENSHIP
AGGRAVATED IDENTITY THEFT

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:

18:1542; 1546; 1028(a)(4); 911; and 1028A(a)(1)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>MAGISTRATE JUDGE ROBINSON | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE DEBORAH A. ROBINSON | DATE ISSUED:<br>7/31/08 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>7/31/08 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 8-4-2008 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 8-22-2008 | Per Recording Officer<br>Dusm D.C. Tolliver | |
| HIDTA CASE:  Yes   No X | | OCDETF CASE:  Yes   No X |

F10# 1549463