U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA     :

V.                           :

JOSE RICARDO RAMIREZ         :     Case No.  08-236

                             :     **FILED**

                             :     AUG 2 2 2008

**ORDER**                          NANCY MAYER WHITTINGTON, CLERK
                                   U.S. DISTRICT COURT

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the _____22nd_____ day of _____August_____ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on by _____ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant on 8/27/08 to the custody of __SA Kris Southwick / U.S. Dept. of State__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate)

~~DEFENSE COUNSEL~~

DOJ USA-16-80